# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

**FILED**

JAN 10 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES<br>ASSIGNED CALL NUMBERS (423) 702-1934 AND (865) 221-3753<br>THAT ARE STORED AT PREMISES CONTROLLED BY CELLCO<br>PARTNERSHIP DBA VERIZON WIRELESS | )<br>)<br>)   Case No. 2:17-MJ-3<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Eastern___ District of ___Tennessee___ *(identify the person or describe property to be searched and give its location):* INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBERS (423) 702-1934 AND (865) 221-3753 THAT ARE STORED AT PREMISES CONTROLLED BY CELLCO PARTNERSHIP DBA VERIZON WIRELESS, AS MORE FULLY DESCRIBED IN ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: evidence of illegal narcotic transactions, specifically, crystal methamphetamine, involving Joe Luther Sholtz and other known and unknown persons, in violation of 21 U.S.C. 846, 841(a)(1), (b)(1)(C), as more fully described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § ___841(a)(1)___, and the application is based on these facts:

Please see the Affidavit of Special Agent, Todd A. Brewer, which is attached hereto and fully incoporated herein.

☐ Continued on the attached sheet.

☑ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Todd A. Brewer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 10, 2017 @ 2:05 p.m.

City and state: Greeneville, Tennessee

CLIFTON L. CORKER, United States Magistrate Judge
*Printed name and title*